IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02407-WDM-PAC (05-cv-02409-WDM)

NORTHWEST TERRITORY, LIMITED PARTNERSHIP, a Minnesota limited partnership,

    Plaintiff,

v.

OMNI PROPERTIES, INC., a Colorado corporation,
a/k/a OMNI APARTMENT COMMUNITIES, INC.;
GREG GULLEY, individually; and,
GREG GULLEY, in his capacity as Broker,

    Defendants.

## ORDER GRANTING MOTION TO CONSOLIDATE FOR PRETRIAL MATTERS

Having reviewed the papers submitted in connection with the parties' Stipulated Motion to Consolidate for Pretrial Matters, and the other pleadings and papers on file in this action, finding that consolidation for pretrial matters will avoid unnecessary costs and delay, it is therefore

ORDERED that the parties' Motion should be and hereby is granted; and it is

FURTHER ORDERED that *Heather Apartments, Limited Partnership v. OMNI Properties, INC.*, Case No. 05-02409-WDM-CBS, is hereby consolidated for pretrial purposes with this case; and it is

00239796.WPD1

FURTHER ORDERED that the Scheduling/Planning Conference set for February 22, 2006 in *Heather Apartments, Limited Partnership v. OMNI Properties, INC.*, Case No. 05-02409-WDM-CBS, is vacated.

DATED at Denver, Colorado, on February 14, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge