IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02407-WDM-PAC
 (Consolidated with Civil Action No. 05-cv-02409-WDM-PAC)

NORTHWEST TERRITORY LIMITED PARTNERSHIP,

 Plaintiff(s),

v.

OMNI PROPERTIES, INC., et al.,

 Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 21, 2006

　　IT IS HEREBY **ORDERED** that Plaintiff's Motion to Compel Discovery, Doc. # 28 is DENIED for the failure to comply with D.C. Colo. L. Civ. R. 6.1.A and 7.1.A. and Rule 37(d), Fed. R. Civ.P.