IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No.  05-cv-02407-MJW-PAC**
**(As Consolidated with Case 05-cv-02409-MJW-PAC)**

NORTHWEST TERRITORY LIMITED PARTNERSHIP,

Plaintiff(s),

v.

OMNI PROPERTIES, INC., et al.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on March 28, 2006, by Judge Walker D. Miller and was assigned to Magistrate Judge Michael J. Watanabe on March 29, 2006.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Patricia A. Coan is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge**, entered by Judge Walker D. Miller on January 12, 2006, is **VACATED**.

The Court reminds counsel that this case is set before Magistrate Judge Michael J. Watanabe for a Status Conference on May 1, 2006, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

DATED THIS 4th DAY OF APRIL, 2006.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge