UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 05-cv-02407-MJW-PAC (consolidated for all pretrial matters with 05-cv-02409-MJW-PAC)

NORTHWEST TERRITORY LIMITED PARTNERSHIP,
a Minnesota limited partnership,

    Plaintiff,

v.

OMNI PROPERTIES, INC., a Colorado corporation, et al.

    Defendants.

---

Civil Action No. 05-cv-02409-MJW-PAC (consolidated for all pretrial matters with 05-cv-02407-MJW-PAC)

HEATHER APARTMENTS LIMITED PARTNERSHIP,
a Minnesota limited partnership,

    Plaintiff,

v.

OMNI PROPERTIES, INC., a Colorado corporation, et al.

    Defendants.

---

### SUPPLEMENT TO SCHEDULING ORDER   ( Docket no. 43 )

---

Pursuant to Fed. R. Civ. P. 16(b), D.C.COLO.LCivR 16.1 and the Court's March 6, 2006 Scheduling Order, the Court enters the following Deposition Schedule as a Supplement to the Scheduling Order:

e.  **Deposition Schedule:**

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| Greg Gulley | 04/18/06 | 9:00 a.m. | 5 hours |
| Jeffrey A. Kimes | 04/19/06 | 9:00 a.m. | 3 hours |
| Michael A. Fiorillo | 04/19/06 | 2:00 p.m. | 3 hours |
| Nick Forrette (30(b)(6) witness) | 05/04/06 | 9:00 a.m. | 7 hours |
| Andrew Grossman | 06/07/06 | 9:00 a.m. | 7 hours |
| Linda Wilson | 06/14/06 | 9:00 a.m. | 7 hours |
| Mary Wessler | 06/20/06 | 9:00 a.m. | 4 hours |
| Karen Chou | 06/20/06 | 1:30 p.m. | 4 hours |
| Virginia Alexander | 06/21/06 | 9:00 a.m. | 4 hours |
| Defendants' liability expert's deposition | 09/11/06 | 9:00 a.m. | 7 hours |
| Defendant's damages expert's deposition | 09/12/06 | 9:00 a.m. | 7 hours |
| Plaintiff's damages expert's deposition | 09/13/06 | 9:00 a.m. | 7 hours |
| Plaintiff's liability expert's deposition | 09/14/06 | 9:00 a.m. | 7 hours |
| This deposition schedule is subject to change and contingent upon the availability of counsel and witnesses on the specified dates. | | | |

BY THE COURT:

_____ 5-1-06
United States Magistrate Judge

APPROVED:

By: <u>s/ John C. Haas</u>
    John C. Haas
    PENDLETON, FRIEDBERG, WILSON &
    HENNESSEY, P.C.
    1875 Lawrence Street, Tenth Floor
    Denver, Colorado 80202-1898
    Telephone: (303) 839-1204
    Facsimile: (303)831-0786

    and

    BASSFORD REMELE
    *A Professional Association*
    Lewis A. Remele, Jr.
    Kevin P. Hickey
    33 South Sixth Street, Suite 3800
    Minneapolis, Minnesota 55402-3707
    Telephone: (612) 333-3000

    ***ATTORNEYS FOR PLAINTIFF***
    ***HEATHER APARTMENTS, LIMITED***
    ***PARTNERSHIP AND NORTHWEST***
    ***TERRITORY, LIMITED PARTNERSHIP***