IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-02407-MJW-PAC
(consolidated for all pretrial matters with 05-cv-02409-MJW-PAC)

NORTHWEST TERRITORY, LIMITED PARTNERSHIP, a Minnesota limited partnership,

    Plaintiff,

vs.

OMNI PROPERTIES, INC., a Colorado corporation, et al.,

    Defendants.

---

Case No. 05-cv-02409-MJW-PAC
(consolidated for all pretrial matters with 05-cv-02407-MJW-PAC)

HEATHER APARTMENTS, LIMITED PARTNERSHIP, a Minnesota limited partnership,

    Plaintiff,

vs.

OMNI PROPERTIES, INC., a Colorado corporation, et al.,

    Defendant.

---

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER
(Docket No. 76)

Pursuant to Fed. R. Civ. P. 16(b), D.C.COLO.LCivR 16.1, and the Court's March 6, 2006 Scheduling Order, the Court enters the following modifications to the Scheduling Order governing this case:

September 15, 2006: The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

September 29, 2006: Deadline to complete expert depositions.

DATED this 22ⁿᵈ day of August, 2006.

BY THE COURT:

United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

APPROVED:

By: _s/Ashley Krause_
Scott C. Sandberg, #33566
Ashley Krause, #33932
Snell & Wilmer, L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

**ATTORNEYS FOR DEFENDANTS
OMNI PROPERTIES, INC. AND GREG GULLEY**