# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 05-cv-02407-MJW-PAC | FTR-Courtroom A-501 |
| **Date:** November 16, 2006 | Ellen E. Miller, Deputy Clerk |
| NORTHWEST TERRITORY LIMITED PARTNERSHIP, ET AL., | Kevin P. Hickey, John C. Haas Lewis A. Remele (by telephone) |
| Plaintiff(s), | |
| v. | |
| OMNI PROPERTIES, INC., ET AL., | Scott C. Sandberg Ashley K. Krause |
| Defendant(s). | |

*Consolidated for Trial with*
**Civil Action No.**   05-cv-02409-MJW-PAC

| | |
|---|---|
| HEATHER APARTMENTS LIMITED PARTNERSHIP, | Kevin P. Hickey John C. Haas Lewis A. Remele (by telephone) |
| Plaintiff(s), | |
| v. | |
| OMNI PROPERTIES, INC., ET AL, | Scott C. Sandberg Ashley K. Krause |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   FINAL PRETRIAL CONFERENCE / MOTIONS HEARING**
**Court in session :  9:10 a.m.**
Court calls case.  Appearances of counsel.

Discussion is held regarding the Defendants' unopposed motion to consolidate cases for trial.

**It is ORDERED:**   Defendants' UNOPPOSED MOTION TO CONSOLIDATE CASES FOR TRIAL (Docket No. **65,** Filed November 09, 2006) is **GRANTED.**

05-cv-02409-MJW-PAC is therefore consolidated into 05-cv-02407-MJW-PAC for purposes of trial.

The proposed Final Pretrial Order is reviewed.  As a ruling has been made on the Unopposed Motion to Consolidate, that motion is deleted from the pending motions listed on page 6, and

from Special Issues ¶ 9, pg. 17.

**It is  ORDERED:**     The Final Pretrial Order is approved and shall be filed as amended on the record.

**It is  ORDERED:**     A   seven (7) day **TRIAL**  to a Jury is set:
**JULY   09, 2007   through   JULY 13,   2007**    Monday through Friday
and
**JULY   16  and   JULY   17,  2007**        Monday and Tuesday

Trial will begin each day at 8:30 a.m.

**It is  ORDERED:**     A   FINAL   TRIAL   PREPARATION   CONFERENCE   is  set:
**JUNE   22,   2007    at   8:30   a.m.**

Counsel are directed to reserve  8:30 a.m.  to   10:00 a.m.  for this Final Trial Preparation Conference.

Final Trial Preparation Conference and Trial are set in   Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse,   901 19th Street, Denver, CO.

Valid photo identification is required to enter the courthouse.

**It is  ORDERED:**     The parties shall have   to and including   **MARCH 01, 2007**   within which to file any Motions in Limine.

**It is  ORDERED:**     The parties shall have   to and including   **DECEMBER 01, 2006**   within which to file any further   discovery motions.

**Court in Recess :**    **9:34 a.m.**
Total In-Court Time   0:24
Hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.