IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02407-MJW-PAC
05-cv-02409-MJW-PAC

NORTHWEST TERRITORY LIMITED PARTNERSHIP,

Plaintiff,

v.

OMNI PROPERTIES, INC, et al.

Defendants.

## MINUTE ORDER
_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Reconsideration Regarding Motion to Compel Discovery (docket no. 72) is DENIED.  This court finds there is no basis in law or fact to grant such relief.

Date: January 10, 2007