IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02407-MJW-PAC
05-cv-02409-MJW-PAC

NORTHWEST TERRITORY LIMITED PARTNERSHIP,

Plaintiff,

v.

OMNI PROPERTIES, INC, et al.

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion *in Limine* Regarding Evidence of "Net Present Value" (docket no. 78) is GRANTED.  Evidence concerning "net present value" shall be excluded at trial.  Th motion has been confessed by Plaintiff since Defendants agree that if a jury awards damages to Plaintiffs then Plaintiffs are entitled to pre-judgment interest in the amount of 8% from the date that such damage occurred.

It is FURTHER ORDERED that the parties should use the correct case number on all future filings with this court.  The correct case number is 05-cv-02407-MJW-PAC and NOT 05-cv-02407-WDM-PAC.

Date: March 22, 2007