IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02407-MJW-PAC
                  05-cv-02409-MJW-PAC

NORTHWEST TERRITORY LIMITED PARTNERSHIP,

Plaintiff,

v.

OMNI PROPERTIES, INC, et al.

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion *In Limine* Regarding Evidence of Misappropriation of Funds (docket no. 84) is DENIED.  Evidence of misappropriation of funds in the amount of $125,000.00 by Defendant's chief financial officer, Michael Fiorillo, is probative on Plaintiffs' claims of mismanagement by Defendant Omni.  Mr. Fiorillo worked at Defendant Omni from 1991 until 2003.  See Mr. Fiorillo's deposition at page 13 lines 12-13 and page 70 lines 18-19.  The misappropriation took place during the period of time that Defendant Omni managed the subject Oklahoma properties.  See Mr. Fiorillo's deposition in the companion case of Tara Woods Limited Partnership v. Omni Properties, Inc., D. Colo. No. 04-CV-0368-PSF-OES on page 110 line 10 and page 111 line 1.  Moreover, Mr. Fiorillo admitted during his deposition when asked about the impact of his embezzlement of the $125,000.00 on relationship with Defendant Omni's customers, Mr. Fiorillo admitted that "as far as trust factor, yes."  See Mr. Fiorillo's deposition on page 73 lines 12-14.  In addition, evidence of misappropriation of funds by Mr. Fiorillo is also probative on the issue of credibility of Mr. Fiorillo as a witness under Federal Rule of Evidence 608.  Lastly, the court finds that the probative value of the evidence concerning misappropriation of funds outweighs any unfair prejudice to Defendants, confusion of issues, misleading the jury,f undue delay, waste of time or needless presentation of cumulative evidence under Federal Rule of Evidence 403. Accordingly, for all these reasons, the subject motion should be denied.

Date: March 23, 2007